IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVERN JACKSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER MAURICE ALFANO, | : | |
| OFFICER VINCENT BUTLER, OFFICER | : | |
| CARL CHARLES, OFFICER ALONZO DAWSON | : | |
| AND OFFICER JONATHAN COONEY | : | NO. 11-4294 |

O R D E R

AND NOW, this 8th day of January, 2013, upon consideration of plaintiff Levern Jackson's Motion in Limine, filed in this action as Document No. 26, and Defendants' response thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/ Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE